# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-CR-00315-DGK-08 |
| CORY T. BROWN, | ) |
| Defendant. | ) |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Now before the Court is Defendant Cory Brown's "Motion to Suppress And/Or Motion for Fed. R. Crim. P. 41(g) Return of Property and Information, Or, Alternately, For An Evidentiary Hearing." ECF No. 593. The motion concerns four cell phones that were seized from Defendant at the time of his arrest and the subsequent 26-day delay for the Government to obtain a search warrant for the phones. Also before the Court are the Government's brief, ECF No. 620, and Defendant's reply, ECF No. 669; the transcript of the hearing Magistrate Judge Jill Morris held on the motion, ECF No. 685; Judge Morris' Report and Recommendation recommending the motion be denied, ECF No. 694; and Defendant's Objection To The Report And Recommendation, ECF No. 714.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court agrees with the Magistrate's holdings that: (1) under the totality of the circumstances, given the complexity of the case and the warrant application, the time it took to obtain the search warrant was not constitutionally unreasonable; (2) the search warrant was supported by probable cause; (3) even if the search warrant application was deficient in some

way, the search was lawful under the good-faith exception; and (4) a ruling on Defendant's request for the return of his four cell phones should be deferred until after trial.

The Court ADOPTS the Report and Recommendation and DENIES the motion.

**IT IS SO ORDERED.**

Date: August 11, 2022          /s/ Greg Kays
                               GREG KAYS, JUDGE
                               UNITED STATES DISTRICT COURT